IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| CETERY LAMAR WEEMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 324-029 |
| | ) |
| TELFAIR STATE PRISON and WARE STATE PRISON, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, currently incarcerated at Telfair State Prison in Helena, Georgia, commenced this case pursuant to 42 U.S.C. § 1983.  On May 24, 2024, the Court recommended dismissing Plaintiff's case because Plaintiff failed to submit the appropriate filing fee or a request to proceed *in forma pauperis*.  (See doc. no. 9.)  In response, Plaintiff filed a motion to voluntarily dismiss his case without prejudice.  (Doc. no. 11.)  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 17th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA